JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
ALIX GOLDSTEIN, ESQ.
Nevada Bar No. 16540
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: 702.792.3773
Email: joel.tasca@gtlaw.com
Email: alix.goldstein@gtlaw.com

*Counsel for Defendant LendingClub*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Catalina Martinez, | Case No.: 2:26-cv-00015-JCM-DJA |
| Plaintiff, | **JOINT MOTION** ~~STIPULATION~~ **AND** ~~[PROPOSED]~~ **ORDER TO EXTEND TIME FOR LENDINGCLUB TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| Trans Union, LLC; Equifax Information Services LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc.; Oliphant USA, LLC; and LendingClub Corporation, | |
| Defendants. | |

Plaintiff Catalina Martinez and Defendant LendingClub (collectively referred to as the "Parties"), by and through their undersigned counsel of record and together, hereby stipulate to extend the time to respond to the complaint by 30 days to obtain relevant and necessary documents in this case and request that this Court enter order effectuating the same.

## I.    RELEVANT PROCEDURAL BACKGROUND

Plaintiff Martinez filed her complaint on January 6, 2026.  ECF No. 1.  Defendant LendingClub was served on January 9.  The deadline to respond to Martinez's complaint is January 30.  The Parties are seeking to extend the time to respond for a period of 30 days.

Page 1

ACTIVE 718448829v1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

## II.   REASONS FOR EXTENSION OF TIME

To facilitate a full examination of the records maintained by LendingClub regarding Martinez and her accounts, counsel for LendingClub requires a 30-day extension to respond to the complaint. Counsel for LendingClub also has other pressing deadlines in the coming weeks, and an extension would ensure LendingClub's response to the complaint was thoughtful and comprehensive. This is the Parties' first request for an extension of this deadline and it is not intended to cause any delay or prejudice to any party.

## III.   PROPOSED DISPOSITIVE MOTION DEADLINE

Based on the foregoing, the Parties stipulate and agree that the deadline to file a response to the complaint be extended 30 days from January 30, 2026, to March 1, 2026.

**IT IS SO STIPULATED.**

DATED this 27th day of January, 2026.

**FREEDOM LAW FIRM, LLC**

*/s/ Gerardo Avalos*

George Haines (NV Bar No. 9411)
Gerardo Avalos, Esq. (NV Bar No. 15171)
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123

*Attorney for Plaintiff Catalina Martinez*

**GREENBERG TRAURIG, LLP**

*/s/ Joel E. Tasca*

Joel E. Tasca (NV Bar No. 14124)
Alix Goldstein (NV Bar No. 16540)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for LendingClub*

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 4).

DATED: 1/29/20264

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Page 2

ACTIVE 718448829v1