**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
bondsk@hallevans.com
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*
*Oliphant USA, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**DISTRICT COURT**

| | |
|---|---|
| CATALINA MARTINEZ,<br><br>        Plaintiff,<br><br>v.<br><br>OLIPHANT USA, LLC, et. al.<br><br>        Defendants. | CASE NO.:   2:26-cv-00015 |

**DEFENDANT OLIPHANT USA, LLC'S ANSWER AND AFFIRMATIVE**

**DEFENSES TO PLAINTIFF'S COMPLAINT**

COMES NOW the Defendant, Oliphant USA, LLC ("Oliphant"), and files its Answer and Affirmative Defenses, as follows:

**INTRODUCTION**

1.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant states that Congress and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, et seq., speak for themselves, and denies any allegation inconsistent with the language or meaning of the same.

2.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant states that Congress and the FCRA speak for themselves and denies any allegation inconsistent with the language or meaning of the same.

1                                                   KRB/20167-5

3.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant admits that Plaintiff is seeking redress for alleged violations of the FCRA but denies any liability under same and denies it violated the law. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

4.    Oliphant lacks sufficient information to set forth a belief as to the allegations in this paragraph and therefore denies same.

5.    Oliphant lacks sufficient information to set forth a belief as to the allegations in this paragraph and therefore denies same.

6.    Oliphant lacks sufficient information to set forth a belief as to the allegations in this paragraph and therefore denies same.

7.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every allegation of this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

8.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every allegation of this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

**JURISDICTION AND VENUE**

9.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the allegations of this paragraph.

10.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every allegation of this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

///

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/20167-5

11. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to Plaintiff's residency and the allegations concerning the other Defendants and therefore denies same. Oliphant admits that it transacts business in the state of Nevada and denies any remaining allegations of this paragraph.

**PARTIES**

12. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning Plaintiff and therefore denies same. Oliphant denies the remaining allegations of this paragraph.

13. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant admits that it transacts business in the state of Nevada. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same. Oliphant denies any remaining allegations of this paragraph.

14. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant admits that it furnishes information regarding financial obligations to credit bureaus. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same. Oliphant denies any remaining allegations of this paragraph not specifically admitted.

15. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

16. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations of this paragraph and therefore denies same.

///

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/20167-5

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

## FACTUAL ALLEGATIONS

## TRANS UNION AND OLIPHANT

17.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

18.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations in this paragraph and therefore denies same. Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every allegation in this paragraph.

19.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations in this paragraph and therefore denies same. Oliphant denies the alleged conduct, denies it violated the FCRA, and denies each and every allegation in this paragraph.

20.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations in this paragraph and therefore denies same. Oliphant denies the alleged conduct, denies it violated the FCRA, and denies each and every allegation in this paragraph.

21.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

22.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient

///

4                                    KRB/20167-5

information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

23.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

24.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

25.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

26.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

27.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/20167-5

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

28.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

29.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

30.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

31.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, denies Plaintiff was damaged, denies Plaintiff is entitled to damages, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

32.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, denies Plaintiff was damaged, denies Plaintiff is entitled to damages, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

33.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA,

KRB/20167-5

and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

### EQUIFAX AND OLIPHANT

34. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

35. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations in this paragraph and therefore denies same. Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every allegation in this paragraph.

36. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations in this paragraph and therefore denies same. Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every allegation in this paragraph.

37. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations in this paragraph and therefore denies same. Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every allegation in this paragraph.

38. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

39. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA,

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/20167-5

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

40.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

41.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

42.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

43.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

44.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient

///

KRB/20167-5

information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

45. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

46. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

47. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

48. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, denies Plaintiff was damaged, denies Plaintiff is entitled to damages, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

49. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, denies Plaintiff was damaged, denies Plaintiff is entitled to damages, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/20167-5

50.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

## EXPERIAN AND LENDINGCLUB

51.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

52.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

53.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

54.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

55.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

56.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

57.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/20167-5

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

58.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

59.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

60.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

61.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

62.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

63.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

64.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

65.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

66.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

KRB/20167-5

67.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

68.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

**NCTUE**

69.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

70.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

71.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

72.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

73.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

74.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

75.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/20167-5

allegations concerning the other Defendants and therefore denies same.

## CLARITY

76.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

77.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

78.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

79.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

80.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

81.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

82.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

## DAMAGES

83.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, denies Plaintiff was damaged, denies Plaintiff is entitled to damages, and denies each and every

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/20167-5

remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

**COUNT I**
**FCRA 15 U.S.C. § 1681**

84.     Oliphant reincorporates by reference all responses to the proceeding paragraphs as if fully set out herein.

85.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

86.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant states that the Consumer Data Industry Association and the Metro 2 reporting standards speak for themselves and denies any allegations inconsistent with the language or meaning of the same. Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

87.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant states that the Consumer Data Industry Association and the Metro 2 reporting standards speak for themselves and denies any allegations inconsistent with the language or meaning of the same. Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

88.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant states that the Consumer Data Industry Association and the Metro 2 reporting standards speak for themselves and denies any allegations inconsistent

14

KRB/20167-5

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

with the language or meaning of the same. Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

89.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant states that the Consumer Data Industry Association and the Metro 2 reporting standards speak for themselves and denies any allegations inconsistent with the language or meaning of the same. Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

90.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant states that the Consumer Data Industry Association and the Metro 2 reporting standards speak for themselves and denies any allegations inconsistent with the language or meaning of the same. Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

91.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same. Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every allegation in this paragraph.

92.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same. Oliphant denies the

///

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

15                                                    KRB/20167-5

conduct alleged, denies it violated the FCRA, and denies each and every allegation in this paragraph.

93.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant states that the analysis of the named Court speaks for itself and denies any allegations inconsistent with the language or meaning of the same. Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

94.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

95.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, denies Plaintiff was damaged, denies Plaintiff is entitled to the damages listed in this paragraph, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

96.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Oliphant denies the conduct alleged, denies it violated the FCRA, denies Plaintiff was damaged, denies Plaintiff is entitled to the damages listed in this paragraph, and denies each and every remaining allegation in this paragraph. Oliphant lacks sufficient information to set forth a belief as to the allegations concerning the other Defendants and therefore denies same.

///

///

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/20167-5

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

## PRAYER FOR RELIEF

97.    This Paragraph and its subparts make up a prayer for relief, to which no response is necessary. To the extent a response is required, Oliphant denies the conduct alleged, denies it violated the law, denies Plaintiff was damaged, denies Plaintiff is entitled to the damages listed in this paragraph and its subparts, and denies the remainder of this paragraph and its subparts.

## AFFIRMATIVE DEFENSES

98.    AFFIRMATIVE DEFENSE 1: Plaintiff's damages, if any, were pre-existing damages not caused by Oliphant.

99.    AFFIRMATIVE DEFENSE 2: Plaintiff has failed to mitigate damages, if any.

100.    AFFIRMATIVE DEFENSE 3: Plaintiff proximately caused her own damages, if any.

101.    AFFIRMATIVE DEFENSE 4: Plaintiff's damages, if any, were caused by a third party over which Defendant has no control.

102.    AFFIRMATIVE DEFENSE 5: Plaintiff has not suffered a concrete injury-in-fact.

103.    AFFIRMATIVE DEFENSE 6: To the extent a violation of the law occurred, which is expressly denied, such violation was not intentional and was the result of a bona fide error despite the adoption of procedures reasonably designed to prevent such an error.

104.    AFFIRMATIVE DEFENSE 7: Oliphant acted in good faith at all times in its dealings with Plaintiff, and if any conduct by Oliphant is found to be unlawful, which Oliphant expressly denies, such conduct was not willful and should not give rise to liability.

105.    AFFIRMATIVE DEFENSE 8: Oliphant conducted a reasonable investigation with respect to the disputed information.

///

///

///

///

///

17                            KRB/20167-5

WHEREFORE, PREMISES CONSIDERED, Defendant Oliphant USA, LLC respectfully requests this Honorable Court enter judgment in its favor, dismiss Plaintiff's Complaint with prejudice, and grant such other relief as this Court deems just and proper.

DATED this _3rd_ day of February, 2026.

HALL & EVANS, LLC

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
bondsk@hallevans.com
Nevada Bar No. 17294
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
Attorneys for Oliphant USA, LLC

## CERTIFICATE OF SERVICE VIA CM/ECF

I certify that on the _4_ day of February, 2026, service of the above and foregoing **DEFENDANT OLIPHANT USA, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** was made by electronically filing and/or via email by serving a true and correct copy of the same to each party addressed as follows:

George Haines, Esq.
Gerardo Avalos, Esq.
FREEDOM LAW FIRM, LLC
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Attorneys for Plaintiff

An Employee of HALL & EVANS, LLC

KRB/20167-5