George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Catalina Martinez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Catalina Martinez,<br><br>                    Plaintiff,<br><br>            v.<br><br>Trans Union LLC; Equifax Information Services LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc.; Oliphant USA, LLC and LendingClub Corporation,<br><br>                    Defendants. | Case No.: 2:26-cv-00015<br><br>**Notice of voluntary dismissal of Experian Information Solutions, Inc. and Clarity Services, Inc. with prejudice** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Catalina Martinez voluntarily dismisses with prejudice the claims against Experian Information Solutions, Inc. and Clarity Services, Inc. in this case. Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 23, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

_____
NOTICE                                    - 1 -