**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
bondsk@hallevans.com
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*
*Oliphant USA, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Catalina Martinez,<br><br>   Plaintiff,<br><br>v.<br><br>Oliphant USA, LLC,<br><br>   Defendant. | CASE NO.: 2:26-cv-00015<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE CSAE DEADLINES AND EXTEND DISCOVERY**<br><br>**[FIRST REQUEST]** |

   Pursuant to LR IA 26-3 and LR IA 6-1 the Plaintiff, Catalina Martinez ("Plaintiff"), by and through her attorneys, and Defendant, Oliphant USA, LLC ("Defendant"), by and through its attorneys, and having stipulated to extend the deadline for fact discovery and extend the remaining case management deadlines, and state as follows:

   1.  The discovery period is currently set to close on August 3, 2026. Doc. 27.

   2.  Despite diligent efforts, the parties need more time to finish discovery and conduct depositions.

   3.  Plaintiff has served written discovery requests in the form of requests for admissions, interrogatories, and requests for production to Defendant on April 3, 2026.

2026.07.29 Stip to Extend Discovery (first request)(15962985.1)

4. On or about April 30, 2026, Plaintiff granted Defendant an additional fourteen (14) days to respond to written discovery.

5. On May 18, 2026, Defendant served written responses to Plaintiff's discovery requests.

6. Defendant's Fed. R. Civ. P. 30(b)(6) deposition was originally set for May 27, 2026. However, due to unforeseen circumstances, the corporate representative that scheduled the deposition unexpectedly left the company prior to the scheduled deposition.

7. As such, Defendant's Fed. R. Civ. P. 30(b)(6) deposition was rescheduled for July 30, 2026, and Plaintiff's deposition was set for July 31, 2026.

8. However, Defendant is currently awaiting a response from JPMorgan Chase Bank, N.A. to Defendant's Fed. R. Civ. P. 45 subpoena to produce documents, information, or objects.

9. The parties believe that a response to the above referenced subpoena is necessary before conducting depositions to avoid having to expend additional costs and resources to the conducting of further depositions regarding the records that may be produced by JPMorgan Chase Bank, N.A.

10. Additionally, the records produced by JPMorgan Chase Bank, N.A. will require Defendant to provide supplemental production to Plaintiff.

11. Moreover, due to ongoing expert depositions in another case being continued to these same days, Defendant's counsel can no longer attend the scheduled depositions.

12. Based on the foregoing, the remaining discovery cannot be completed within the time limit of the existing discovery completion deadline.

13. Accordingly, the parties respectfully request an additional sixty (60) days to obtain a response from JPMorgan Chase Bank, N.A. and conduct depositions.

14. The parties propose the following schedule for the remaining deadlines within the scheduling order:

       a.   Discovery cutoff date: …………………… October 2, 2026

       b.   Dispositive motions: ……………………. November 2, 2026

       c.   Pretrial Order: ………………………… December 2, 2026

In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after the decision on the dispositive motions or under further order of the court.

15.     The above-referenced ongoing expert depositions were not continued until after the expiration of the specified period to request a continuance in this case.

16.     This is the first stipulation to extend discovery deadlines that has been filed in this action by the parties.

17.     No party will be prejudiced by the requested extension, and this motion is not brought for purposes of delay.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Page **3** of **4**

**IT IS SO ORDERED.**

DATED: _____

_____
HON. JAMES C. MAHAN
United States District Judge

Respectfully Submitted:

DATED this 29th day of July 2026.

FREEDOM LAW FIRM                    HALL & EVANS, LLC

/s/George Haines___                 /s/Kurt Bonds___
George Haines, Esq.                  Kurt R. Bonds, Esq.
Gerardo Avalos, Esq.                 1160 North Town Center Drive Suite 330
8985 South Eastern Ave, Suite 205    Las Vegas, NV 89144
Las Vegas, NV 89123                  *Counsel for Oliphant USA, LLC*
*Counsel for Plaintiff Lora Ashley*

2026.07.29 Stip to Extend Discovery (first request)(15962985.1)